# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : **SEALED CRIMINAL** |
| | : **COMPLAINT** |
| -v- | : |
| | : Mag. No. 22-10155 |
| GABRIEL ANTHONY | : |

I, Special Agent John Havens, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

### SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

/s/ John Havens
Special Agent John Havens
Federal Bureau of Investigation

Special Agent John Haven attested to this Complaint by telephone pursuant to Federal Rule of Criminal Procedure 4.1(b)(2)(A) on April 18, 2022 in New Jersey.

Hon. Michael A. Hammer
United States Magistrate Judge

Hon. Michael A. Hammer, U.S.M.J.
Signature of Judicial Officer

## **ATTACHMENT A**

### **(Conspiracy to Commit Kidnapping)**

From at least on or about April 5, 2022 through on or about April 6, 2022, in the District of New Jersey and elsewhere, the defendant

### GABRIEL ANTHONY

knowingly and intentionally conspired and agreed with others, and committed an overt act to effect the object of their conspiracy, to unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away and hold for ransom and reward and otherwise a person, and the person was willfully transported in interstate and foreign commerce and a means, facility, and instrumentality of interstate or foreign commerce was used in committing and in furtherance of the commission of the offense.

In violation of Title 18, United States Code, Section 1201(c).

## **ATTACHMENT B**

I, John Havens, am a Special Agent with the Federal Bureau of Investigation. I have knowledge of the following facts based upon both my investigation and discussions with other law enforcement personnel and others. Because this Affidavit is being submitted for the sole purpose of establishing probable cause to support the issuance of a complaint, I have not included each and every fact known to the government concerning this matter. Where statements of others are set forth herein, these statements are related in substance and in part. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. On or about the evening of April 5, 2022, defendant GABRIEL ANTHONY conspired with at least three other individuals to abduct VICTIM 1 from VICTIM 1's home in in Fort Lee, New Jersey ("VICTIM 1's Residence").

2. The incident was first reported by a neighbor who called the Fort Lee Police Department and reported seeing two unknown men walking around inside VICTIM 1's Residence. At approximately the same time, a friend of VICTIM 1 ("WITNESS 1") also called the Fort Lee Police Department and reported that VICTIM 1's wife, who resides in China, texted WITNESS 1 a photo of VICTIM 1 with duct tape over his eyes and mouth and said that individuals had contacted her, demanding a ransom of approximately $680,000.00. WITNESS 1 reported that the individuals who contacted VICTIM 1's wife used a phone number ending in -5447.

3. Law enforcement subsequently responded to VICTIM 1's Residence and saw what appeared to be used duct tape on the floor with pieces of what appeared to be latex gloves stuck to it.

4. Law enforcement reviewed surveillance camera footage from various residences in the area and identified a gray minivan bearing an Oregon license plate number (the "Suspect Vehicle"), which appeared to have been used by the kidnappers. Specifically, the surveillance footage showed the Suspect Vehicle driving in the vicinity of VICTIM 1's Residence from approximately 8:14 p.m. until it parked near VICTIM's Residence at approximately 8:33 p.m. A law enforcement database check also revealed that the license plate number was registered to a 2010 Toyota Rav 4, not the Suspect Vehicle, indicating that the plates were improperly affixed to the Suspect Vehicle. In addition, a check of law enforcement Automated License Plate Reader ("ALPR") databases showed that the Suspect Vehicle had crossed the George Washington Bridge into New Jersey at approximately 8:02 p.m. that same night.

5. The surveillance footage further showed that:

   a. after parking, two men walked from the Suspect Vehicle toward VICTIM 1's Residence;

   b. two other individuals appeared to remain in the Suspect Vehicle;

   c. at approximately 8:53 p.m., a man walked toward the Suspect Vehicle; and

   d. at approximately 8:54 p.m., the Suspect Vehicle drove away from the area.

6. According to ALPR records, the Suspect Vehicle then: crossed back over the George Washington Bridge into New York at approximately 9:00 p.m.; crossed the Alexander Hamilton Bridge into the Bronx, New York at approximately 9:04 p.m.; and crossed the Whitestone Bridge into Queens, New York at approximately 9:10 p.m.

7. Later that night, at approximately 11:38 p.m., New York City Police Department ("NYPD") officers responded to an address on Prince Street in Queens, New York (the "Prince Street Address") based on a 911 call that reported a man in the area screaming and possibly bound. NYPD officers checked the area with negative results.

8. On or about the next day, April 6, 2022, around noon, NYPD returned to the area of the Prince Street Address, which was being guarded by a man ("CC1") standing out front. When NYPD officers approached CC1, they heard a man screaming for help from inside the building. The officers entered the premises and located VICTIM 1, who was blindfolded with his hands bound and duct tape over his mouth and eyes. While speaking to CC1, law enforcement officers observed another man ("CC2") approaching the Prince Street Address. CC2 fled on foot and was apprehended by law enforcement. CC1 told law enforcement that CC2 was his boss and had him watch the door. CC1 was taken into custody, and made a spontaneous voluntary statement in substance that he was charged with watching an Asian man inside the building.

9. After his rescue, VICTIM 1 told law enforcement that he was abducted from his home the previous night. He reported that masked men entered his home, and at least one of the men was carrying a firearm.

10. Video surveillance footage of the Prince Street Address subsequently obtained via search warrant in the Eastern District of New York showed, among other things: five individuals, one of whom appearing to be bound, exiting a gray minivan fitting the description of the Suspect Vehicle at approximately on April 5, 2022 at 9:54 p.m.

11. As part of the investigation, law enforcement identified CC3, whose wife had rented the Suspect Vehicle from LaGuardia Airport on or about April 4, 2022. CC3 voluntarily admitted that he was involved in VICTIM 1's kidnapping. He stated in substance that he and an individual he knows as "Jay" or "B" asked him on or about April 3, 2022, to rent a car. CC3 identified a photograph of CC2 as being the individual he knew as "Jay" or "B."

12. CC3 also identified CC1, whom he knew as "X," and **GABRIEL ANTHONY**, whom he knew as "Gabriel," as other co-conspirators to the kidnapping. CC3 was familiar with **GABRIEL ANTHONY**, having spent time together at the location where CC3 worked.

13. According to CC3, on or about the evening of April 5, 2022, he and CC2 picked up CC1 and **GABRIEL ANTHONY** in the Suspect Vehicle and the four drove to Fort Lee, where CC1 and **GABRIEL ANTHONY** entered a house while CC2 and CC3 remained in the car. CC1 and **GABRIEL ANTHONY** then returned to the car with an individual who was duct taped and bound, and they drove him to the Prince Street Address.

14. Phone records also show **GABRIEL ANTHONY**'s frequent communication with CC2 leading up to the kidnapping. Specifically, CC3 identified the telephone number ending in -5447 used to communicated with VICTIM 1's wife, discussed above, as CC2's phone number. CC3 also identified **GABRIEL ANTHONY**'s phone number as ending in -7679. Historical cellular records for the number ending in -7679 show that it communicated with the number ending in -5447 approximately 64 times in the week prior to the kidnapping, between March 27, 2022 and April 3, 2022.